# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:20-cv-00669-FMO (MAA)** | Date: **March 3, 2020** |
| Title **Rodney Maye v. Unidentified Entities et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Why This Case Should Not Be Dismissed

     On January 31, 2020, the Court denied Plaintiff Rodney Maye's ("Plaintiff") Request to Proceed *In Forma Pauperis*. (Order, ECF No. 5.) The Court ordered that "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed." (*Id*. at 1.) To date, Plaintiff has not submitted the $400 filing fee.

     Plaintiff is **ORDERED TO SHOW CAUSE** by **April 2, 2020** why the Court should not recommend that the case be dismissed for failure to pay the filing fee. If Plaintiff submits the $400 filing fee on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

     **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

| | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | EV |