UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:20-cv-00669-FMO (MAA)**                                        Date:  **April 22, 2020**

Title     **Rodney Maye v. Unidentified Entities et al.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**        Extension of Order to Show Cause Regarding Filing Fee

On January 31, 2020, the Court denied Plaintiff Rodney Maye's ("Plaintiff") Request to Proceed *In Forma Pauperis*.  (Order, ECF No. 5.)  The Court ordered that "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed."  (*Id*. at 1.)  On March 3, 2020, the Court ordered Plaintiff to show cause by April 2, 2020 why the Court should not recommend that the case be dismissed for failure to pay the filing fee.  (OSC, ECF No. 6.)

To date, Plaintiff has not submitted the $400 filing fee.  As the Court has been closed to the public since March 23, 2020 in response to the COVID-19 pandemic, the Court will give Plaintiff a final opportunity to pay the $400 filing fee.

Plaintiff is **ORDERED TO SHOW CAUSE** by **May 6, 2020** why the Court should not recommend that the case be dismissed for failure to pay the filing fee.  If Plaintiff submits the $400 filing fee on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

The $400 filing fee may be paid by business check, money order, or cashier's check made out to "Clerk, U.S. District Court"; the Court will not accept a personal check.  The filing fee may be mailed to the following address:

Edward R. Roybal Federal Building & U.S. Courthouse
Attn: Fiscal
255 East Temple Street
Los Angeles, CA 90012

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:20-cv-00669-FMO (MAA)**                                    Date:  **April 22, 2020**

Title      **Rodney Maye v. Unidentified Entities et al.**

   **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

                                                                    **Time in Court:**   0:00
                                                                    **Initials of Preparer:**   JM