JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RODNEY MAYE | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:20-cv-00669-FMO (MAA) |
| v. | |
| UNIDENTIFIED ENTITIES et al. | **JUDGMENT** <br> (Failure to Pay Full Filing Fee) |
| DEFENDANT(S). | |

On January 22, 2020, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☑ full filing fee ☐ initial partial filing fee.

By Order to Show Cause dated March 3, 2020 and April 22, 2020, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☑ full filing fee ☐ initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

| | |
|---|---|
| May 14, 2020 | /s/ Fernando M. Olguin |
| Date | United States District Judge |

Presented by:

_/s/ [signature]_
United States Magistrate Judge

IFP-2 (02/18)　　　　　　　　　　　JUDGMENT (Failure to Pay Full Filing Fee)